Chicago Title & Trust Co., Trustee of Alexander Rodgers, Bankrupt, Appellant, v. The National Storage Company, Appellee.

### Gen. No. 17,382.

Affirmed for reasons given in case No. 17,380, *ante*, p. 339.

*Assumpsit.* Appeal from the Circuit Court of Cook county; the HON. THOMAS G. WINDES, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1911. Affirmed. Opinion filed November 12, 1912.

CLARK, P. J., dissenting.

MR. JUSTICE F. A. SMITH delivered the opinion of the court.

For the reasons given in our opinion filed in case No. 17380, *ante*, p. 339, the judgment is affirmed.

*Affirmed.*

MR. PRESIDING JUSTICE CLARK dissents.